AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RALPH SCHNEIDER,

      Petitioner,     JUDGMENT IN A CIVIL CASE
V.

           CASE NUMBER: **3:06-CV-00449-KJD-RAM**

E.K. MCDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the remaining claim in the petition for a writ of habeas corpus is DENIED on the merits and that this action is DISMISSED with prejudice.
.

  July 13, 2009                                    **LANCE S. WILSON**
                                                                     Clerk

                                                               /s/ D. R. Morgan
                                                                 Deputy Clerk